UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS LEON SALVADOR,<br><br>Petitioner,<br><br>v.<br><br>Acting or Current Warden, FACILITY ADMINISTRATION GEO GROUP INC, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-03663-RGK-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and Respondents are ordered to provide Petitioner Luis Leon Salvador (A# 204-434-103) with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. §§ 1003.19 and 1236.1, and at which the government bears the burden of proof of proving by clear and convincing evidence that Petitioner is a flight risk

or danger to the community,[1] within seven (7) days of the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

Respondents are ordered to release Petitioner from custody within eight (8) days following the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge if he has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

Respondents are ordered to file a status report within two (2) business days of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

DATED: August 11, 2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] The immigration judge must exercise his or her discretion to make a determination about whether to release Petitioner on bond based on relevant factors, including, but not limited to, criminal history, immigration history, manner of entry, whether fixed residence, length of residence, family ties, employment history, and compliance with prior orders. See Matter of Guerra, 241 I. & N. Dec. 37, 40 (BIA 2006). In addition, the immigration judge must provide the reasons for the decision orally or in writing. See 8 C.F.R. § 1003.19(f).